JOHN GIANNOTTI *v.* WARDEN, STATE PRISON

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 125, is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided January 7, 1992

JAMES E. HACKETT *v.* SUELLEN HACKETT ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 149, is denied.

*Michael J. Daly III,* in support of the petition.

Decided January 7, 1992

HARRY HYATT *v.* CITY OF MILFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 194, is granted, limited to the following issues:

"1. Did the Appellate Court correctly affirm the judgment of the trial court dismissing the complaint for failure to exhaust administrative remedies?

"2. Does General Statutes § 31-315 vest jurisdiction in the worker's compensation commissioner to (a) interpret an award or (b) to modify an award with respect to payments due thereunder after the period for making such payments has expired?"

*Michael C. Sohon,* in support of the petition.

*Marilyn J. Lipton,* city attorney, in opposition.

Decided January 7, 1992